UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PUTMAN,

       Petitioner,

 v.

KARIN ARNOLD,

       Respondent.

Case No. C25-1285-JHC-MLP

ORDER GRANTING PETITIONER'S REQUEST TO STAY AND ABEY

   This is a federal habeas action proceeding under 28 U.S.C. § 2254. This matter comes before the Court on Petitioner's request to stay and hold in abeyance his federal habeas petition pending the conclusion of ongoing state court proceedings. This request was included in Petitioner's amended petition (dkt. # 10 at 5, 8), and the Court directed Respondent to file a response to the request in its Order directing service of the amended petition on Respondent. (dkt. # 11 at 2). Respondent filed a response to the request on November 6, 2025, and she indicates therein that she does not oppose a stay for the purpose of allowing Petitioner to attempt to exhaust his state court remedies.[1] (Dkt. # 15 at 2.) She does, however, request that Petitioner be directed to provide status updates to the Court every 90 days regarding his efforts to exhaust,

---

[1] Respondent has also filed a motion for an extension of time to file an answer to the petition. (Dkt. # 14.) However, the Court has not yet directed that an answer be filed, and Respondent's motion is therefore STRICKEN as moot.

ORDER GRANTING PETITIONER'S
MOTION TO STAY AND ABEY - 1

and that any stay be set to expire one year from the date of issuance unless Petitioner can show good cause for an extension of the stay. (*Id.*)

The Court, having reviewed the submissions of the parties, hereby ORDERS as follows:

(1) Petitioner's request to stay and hold in abeyance his amended petition for writ of habeas corpus is GRANTED.

(2) This action is STAYED pending completion of Petitioner's ongoing state court collateral proceedings. The Clerk is directed to statistically close this case at the present time.

(3) Petitioner SHALL advise the Court within **thirty (30) days** after issuance of the certificate of finality in his state court proceedings whether this federal habeas action is ready to proceed. Once Petitioner has advised the Court that the stay may be lifted, the Court will set a briefing schedule for the parties.

(4) Petitioner SHALL also submit a report to the Court every **ninety (90) days** while the stay is in effect apprising the Court of the status of the state court proceedings. The Court declines to set an expiration date for the stay as requested by Respondent. However, Petitioner is advised that the Court may, at any time, direct him to show cause why the stay should remain in effect should it appear he is not efficiently litigating his petition for post-conviction relief in the state courts.

(5) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable John H. Chun.

DATED this 19th day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO STAY AND ABEY - 2