UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PUTMAN,

                          Petitioner,                  Case No. C25-1285-JHC-MLP

          v.

KARIN ARNOLD,                                          ORDER DENYING PETITIONER'S
                                                       SECOND MOTION TO SUPPLEMENT

                          Respondent.

This is a federal habeas action proceeding under 28 U.S.C. § 2254. This matter comes before the Court on Petitioner's second motion to supplement his habeas petition in which he seeks to supplement ground two of his amended petition. (Dkt. # 19.) Respondent has filed a response objecting to Petitioner's motion in which she argues that the motion should be denied because the Court previously denied a similar motion from Petitioner and Petitioner failed to comply with the Court's prior directives for correcting deficiencies in his second ground for relief. (*See* dkt. # 20.) Respondent's arguments are well taken.

On November 26, 2025, Petitioner filed a motion seeking to supplement his petition with additional argument in support of his second ground for relief. (Dkt. # 17.) Upon review of the motion, the Court determined that Petitioner was attempting to reframe his second ground for relief rather than to supplement it. The Court was also unable to discern from Petitioner's

ORDER DENYING PETITIONER'S
SECOND MOTION TO SUPPLEMENT - 1

submissions the precise legal and factual bases of his second ground for relief. Thus, on December 29, 2025, the Court issued an Order denying Petitioner's motion to supplement. (Dkt. # 18.) The Court explained therein that Petitioner would need to clarify his second ground for relief before this action proceeded, and that it would require Petitioner to provide the necessary clarification by submitting a second amended petition. (*Id.* at 2-3.) The Court advised that any second amended petition must set forth each and every claim Petitioner intended to present in this federal habeas action, and must clearly identify the legal and factual basis of each claim. (*Id.* at 3.) Petitioner was granted thirty days within which to file a second amended petition. (*Id.*)

Rather than present the Court with a second amended petition in accordance with the Court's prior directives, Petitioner, on January 28, 2026, filed a second motion to supplement setting forth his intended second ground for relief. (Dkt. # 19.) A review of Petitioner's motion reveals that his second ground for relief continues to lack clarity as Petitioner references in his claim multiple constitutional provisions without making clear the precise factual basis of each alleged constitutional violation. Of greater concern is the fact that Petitioner completely disregarded the Court's directive that his clarified second ground for relief must be set forth in a second amended petition so that the Court would have before it a single petition containing all of his claims. Because Petitioner failed to comply with the Court's prior directive, his second motion to supplement will be denied. However, Petitioner will be granted a final opportunity to submit a second amended petition in accordance with this Court's prior Order.

Accordingly, the Court hereby ORDERS as follows:

(1)    Petitioner's second motion to supplement his petition (dkt. # 19) is DENIED.

(2)    Petitioner is GRANTED leave to file a second amended petition which clarifies his second ground for relief within ***thirty (30) days*** of the date on which this Order is issued.

ORDER DENYING PETITIONER'S
SECOND MOTION TO SUPPLEMENT - 2

Petitioner is once again advised that any second amended petition *must* set forth each and every claim he intends to present in this federal habeas action and must clearly identify the legal and factual basis of each claim. Should Petitioner fail to timely file a second amended petition, the Court will direct a response to Petitioner's amended petition which will allow Respondents an opportunity to present any appropriate arguments regarding the viability of Petitioner's asserted grounds for relief.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable John H. Chun.

DATED this 12th day of February, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING PETITIONER'S
SECOND MOTION TO SUPPLEMENT - 3