UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PUTMAN,

                          Petitioner,

        v.

KARIN ARNOLD,

                          Respondent.

Case No. C25-1285-JHC-MLP

ORDER DENYING PETITIONER'S
MOTION TO AMEND AND DIRECTING
RESPONDENT TO FILE AN ANSWER
TO PETITIONER'S AMENDED
PETITION

This is a federal habeas action proceeding under 28 U.S.C. § 2254. This matter comes before the Court on Petitioner's motion to amend his second ground for federal habeas relief. (Dkt. # 23.) This motion follows two earlier motions by Petitioner seeking leave to supplement his second ground for relief, both of which were denied by the Court. (*See* dkt. ## 17-19, 21.) The Court, in denying Petitioner's first motion to supplement, advised that Petitioner would need to clarify his second ground for relief before this action proceeded and that such clarification would need to be provided in a second amended petition containing each and every claim Petitioner intended to raise in this action. (Dkt. # 18 at 2-3.)

Petitioner disregarded that directive and, rather than file the requisite second amended petition, he instead filed a second motion to supplement setting forth only his intended second

ORDER DENYING PETITIONER'S MOTION
TO AMEND AND DIRECTING RESPONDENT
TO FILE AN ANSWER - 1

ground for relief. (Dkt. # 19.) The Court, in denying Petitioner's second motion to supplement, explained that his second ground for relief continued to lack clarity and also noted its concern that Petitioner had completely disregarded the directive that his clarified second ground for relief be set forth in a second amended petition containing all of his claims. (Dkt. # 21 at 2.) The Court granted Petitioner a final opportunity to submit a second amended petition and once again advised that any second amended petition must set forth each and every claim he intended to present in this federal habeas action. (*Id.* at 3.) The Court also cautioned that if Petitioner failed to timely file a second amended petition, it would direct a response to Petitioner's amended petition allowing Respondent an opportunity to present any appropriate arguments regarding the viability of the claims asserted therein. (*Id.*)

On March 10, 2026, Petitioner filed the instant motion to amend, once again disregarding the Court's directive that all claims be set forth in a single document, *i.e.*, a second amended petition. (Dkt. # 23.) As Petitioner has been given ample opportunity to file a second amended petition clarifying his second ground for relief and setting forth all of his intended claims, but has refused to do so, the Court will direct a response to Petitioner's amended petition in accordance with the caution issued in its prior Order.

Based on the foregoing, the Court hereby ORDERS as follows:

(1)    Petitioner's motion to amend (dkt. # 23) is DENIED.

(2)    Within ***forty-five (45) days*** of the date of this Order, Respondent shall file and serve an answer to Petitioner's amended petition (dkt. # 10) in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts. As a part of such answer, Respondent shall state whether Petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary. Respondent shall not file a dispositive motion in place of an

ORDER DENYING PETITIONER'S MOTION
TO AMEND AND DIRECTING RESPONDENT
TO FILE AN ANSWER - 2

answer without first showing cause as to why an answer is inadequate. Respondent shall file the answer with the Clerk of the Court and serve a copy of the answer on Petitioner.

The answer will be treated in accordance with LCR 7(d)(4). Accordingly, on the face of the answer, Respondent shall note it for consideration no earlier than 28 days after filing. Petitioner may file and serve a response no later than 21 days after the answer is filed, and Respondent may file and serve a reply no later than 28 days after the answer is filed.

(3)   The Clerk shall direct copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable John H. Chun.

DATED this 14th day of April, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTION
TO AMEND AND DIRECTING RESPONDENT
TO FILE AN ANSWER - 3