UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PUTMAN,

Petitioner,

v.

KARIN ARNOLD,

Respondent.

Case No. C25-1285-JHC-MLP

ORDER DIRECTING RESPONDENT TO SUPPLEMENT RECORD

This is a federal habeas action proceeding under 28 U.S.C. § 2254. On May 29, 2026, Respondent filed an answer to Petitioner's amended habeas petition, together with portions of the state court record. (*See* dkt. ## 30-31.) Respondent indicated in her answer that additional records cited therein had been requested from the state courts but had not been received prior to the deadline for filing the answer. (*See* dkt. # 30 at 17 nn. 2-5.) Respondent represented that she would supplement the record once the additional state court records were received. (*Id.*) To date, the Court has not received any supplemental submission from Respondent.

Separately, Petitioner has requested that the Court order he be provided a DVD containing complete court files from the King County Superior Court, the Washington Court of Appeals, and the Washington Supreme Court, as well as "all discovery from all courts and

parties involved with my case since my arrest." (*See* dkt. ## 10-1 at 35, 32 at 2.) Petitioner maintains that the DVD is necessary so he can verify the completeness of the official record before he files his response to Respondent's answer. (*See* dkt. # 32 at 2-3.)

The Court concurs that this action cannot move forward until all relevant state court records have been submitted to the Court and served on Petitioner. However, neither Respondent, nor the state courts, are obligated to provide the entirety of the state court record to Petitioner for verification purposes. Petitioner is entitled only to state court records that are relevant to his federal habeas claims and that were a part of the record before the state courts at the time those courts adjudicated his claims. Those are the materials a federal habeas respondent typically provides in support of their answer. If Petitioner wishes to obtain additional portions of the state court record, he may do so at his own expense by contacting the state courts directly.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Not later than ***August 31, 2026***, Respondent shall supplement the record herein with the portions of the state court record referenced in their answer that have not yet been provided.

(2) Not later than ***September 30, 2026***, Petitioner shall file a response to Respondent's answer.

(3) Respondent's answer is RE-NOTED for consideration on ***October 7, 2026***. Respondent shall file any reply to Petitioner's response by that date.

//

//

//

//

(4) The Clerk shall direct copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable John H. Chun.

DATED this 30th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge