UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PUTMAN,<br>Petitioner,<br>v.<br>KARIN ARNOLD,<br>Respondent. | Case No. C25-1285-JHC-MLP<br><br>ORDER RE: PETITIONER'S MOTION TO CLARIFY |

This is a federal habeas action proceeding under 28 U.S.C. § 2254. This matter comes before the Court on Petitioner's motion for clarification of a previously issued Order. (Dkt. # 36.) The prior Order was issued on July 30, 2025, and addressed in part Petitioner's request that he be provided a DVD containing complete files from the state trial and appellate courts relating to his criminal proceedings, as well as all discovery produced during the course of those proceedings. (Dkt. # 34.) Although the Court did not specifically deny Petitioner's request for a DVD in its prior Order, the Court explained that Petitioner was entitled only to state court records that were relevant to his federal habeas claims and were a part of the record before the state courts at the time those courts adjudicated his claims, and that those materials would be provided by Respondent in conjunction with her answer to Petitioner's petition. (*Id.* at 2.) The Court further

explained that if Petitioner wished to obtain additional portions of the record, he should contact the state courts directly. (*See id.*)

Petitioner, in his motion to clarify, asserts that he is not seeking additional materials unless he can establish that documents he submitted to the state courts are not a part of the official record before this Court. (Dkt. # 36 at 1.) Petitioner appears to question whether all of the materials he submitted to the appellate courts were accepted as a part of the official record and he suggests that he will need to verify page numbers in the materials provided by Respondent in order to ensure the state court record before this Court is complete. (*See id.* at 2.) Petitioner asserts that this verification task would be "simple and quick" with a DVD but might otherwise "take days or even weeks." (*Id.*) He asks that Respondent be required to submit the state court record on a DVD to facilitate the verification process and he appears to indicate that this is what he understood the Court's prior Order to require. (*Id.*)

The Court did not, and will not, direct Respondent to submit the state court record in electronic form. The page numbers Petitioner should be concerned with are those cited in Respondent's answer and not with those of every document comprising the state court record, which is voluminous given the almost 1,000 pages of appendices submitted by Petitioner in support of his state court personal restraint petition. (*See* dkt. # 31, Exs. 10A-10M.) The Court sees no need for the extensive verification process contemplated by Petitioner. Moreover, the Court will not delay this action further absent some showing from Petitioner that specific relevant records necessary to the resolution of his federal habeas petition are missing. To date, Petitioner has made no such showing.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's motion to clarify (dkt. # 36), which includes his request that Respondent be required to submit all state court records on a DVD, is DENIED.

(2) Petitioner is reminded that his response to Respondent's answer is due not later than ***September 30, 2026***.

(3) The Clerk shall direct copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable John H. Chun.

DATED this 4th day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge